# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MORGAN,<br><br>                              Plaintiff,<br><br>        v.<br><br>WAL-MART STORES, Inc., d.b.a. WAL-MART #2150; WAL-MART REAL ESTATE BUSINESS TRUST; THE VONS COMPANIES, Inc., d.b.a. VONS FOOD & DRUG #115; GATLIN DEVELOPMENT Co., Inc.,<br><br>                              Defendants. | Civil No.   06-CV-2405 WQH (CAB)<br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

A telephonic settlement conference was held on August 14, 2007. The parties represented to this Court that the Settlement Agreement had been executed and settlement checks will be provided no later than Friday, August 17, 2007. At the parties' request, the dismissal calendar has been continued as follows:

1. A Joint Motion for Dismissal shall be electronically filed on or before **August 28, 2007**.[1] On the same day the Joint Motion for Dismissal is filed, the proposed order for dismissal, for the signature of the Honorable William Q. Hayes, shall be e-

---

[1] *See* General Order 550, Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.

- 1 -                                                                                                                   06cv2405

mailed to the chambers of the Honorable Cathy Ann Bencivengo.[2]

2. If a Joint Motion for Dismissal and proposed order for dismissal are not submitted on or before August 28, 2007, then a Settlement Disposition Conference shall be held on **August 29, 2007**, at **9:00 a.m.** before Judge Bencivengo. The conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Counsel for Plaintiff shall initiate and coordinate the conference call.

3. If a Joint Motion for Dismissal and proposed order for dismissal are received on or before August 28, 2007, the Settlement Disposition Conference shall be VACATED without further court order.

**IT IS SO ORDERED.**

DATED: August 14, 2007

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge

---

[2] *See id.* at 13, for the chambers' official email address and procedures on emailing proposed orders.